FILED

18 FEB 28 AM 9:56

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17CR4392-CAB |
| Plaintiff, | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| YOSVANY PUENTES, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon motion by the United States, that the information in the above-captioned case is dismissed without prejudice in the interest of justice.

**SO ORDERED.**

Dated: 2/28/18

HON. CATHY ANN BENCIVENGO
United States District Judge